# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**BRYAN C. CARRONE**                                               **PLAINTIFF**

v.                                                  **CAUSE NO. 1:18CV283-LG-RHW**

**SILVER SLIPPER CASINO VENTURE, LLC, ET AL.**         **DEFENDANTS**

## ORDER GRANTING MOTION FOR SUMMARY JUDGMENT AND DISMISSING CLAIMS AGAINST JOHN AND JANE DOES

BEFORE THE COURT is the [51] Motion for Summary Judgment filed by Defendant Silver Slipper Casino Venture, LLC, the last remaining named defendant in this case. Silver Slipper moves for dismissal with prejudice as to all claims against it. Plaintiff filed a [53] response conceding the Motion. Based on the agreement that summary judgment is appropriate, the Court will grant Silver Slipper's Motion.

The remaining named defendants were dismissed by stipulation, (s*ee* ECF No. 25), leaving only the Unknown John and Jane Doe defendants. The Unknown John and Jane Doe defendants will be dismissed without prejudice to Plaintiff's right to pursue claims against them in a separate action once Plaintiff ascertains their identities.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the [51] Motion for Summary Judgment filed by Defendant Silver Slipper Casino Venture, LLC is **GRANTED**. Plaintiff's claims against Silver Slipper Casino Venture, LLC are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED AND ADJUDGED** that the claims against

Unknown John and Jane Does A-Z are **DISMISSED** without prejudice.

**SO ORDERED AND ADJUDGED** this the 26th day of February, 2020.

s/ *Louis Guirola, Jr.*<br>
LOUIS GUIROLA, JR.<br>
UNITED STATES DISTRICT JUDGE