IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

BRYAN C. CARRONE                                                      PLAINTIFF

v.                                                    CAUSE NO. 1:18CV283-LG-RHW

SILVER SLIPPER CASINO VENTURE
LLC, ET AL.                                                          DEFENDANTS

## FINAL JUDGMENT

In accordance with the Court's Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that this case is **DISMISSED**. The claims against Defendant Silver Slipper Casino Venture LLC are **DISMISSED WITH PREJUDICE**. The claims against Unknown John and Jane Doe Defendants A-Z are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 26th day of February, 2020.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE